DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JAQUARIUS R. THOMPSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D18-4646

————————————————

September 15, 2023

Appeal from the Circuit Court for Hillsborough County; Frances Perrone, Judge.

Howard L. Dimmig, II, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Lydon W. Schultz, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.